MELISSA HOLYOAK, United States Attorney (#9832)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah  84770
Telephone:  (435) 634-4262
brady.wilson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERARDO AURELIO ITURBIDE, <br><br> Defendant. | Case No. 4:26-cr-00020-AMA-PK <br><br> MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> Magistrate Judge Paul Kohler |

The United States respectfully moves the Court to issue a Writ of Habeas Corpus Ad Prosequendum ordering that the above-named defendant GERARDO AURELIO ITURBIDE, now being confined in the Washington County Jail, appear in the United States District Court for the District of Utah on **March 16, 2026, at 10:00 a.m.**, and to remain in the District for appearances through final disposition of the case and thereafter to return defendant to the institution wherein now confined.

1

Defendant, GERARDO AURELIO ITURBIDE, has been charged by Indictment in COUNT 1, for violating 18 U.S.C. § 922(g)(8), Possession of Firearms and Ammunition While Subject to a Protective Order.

Dated this 10th day of March, 2026.

MELISSA HOLYOAK
Acting United States Attorney

*/s/ Brady Wilson*

_____
BRADY WILSON
Assistant United States Attorney