# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:26-cr-00020-AMA-PK |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| GERARDO AURELIO ITURBIDE, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH OR ANY OTHER UNITED STATES MARSHAL, OR TO ANY AGENT OF THE FEDERAL OR STATE GOVERNMENT, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY DEFENDANT MAY BE HELD:

The Court orders that you bring defendant, GERARDO AURELIO ITURBIDE, now being confined in the Washington County Jail, to the United States District Court for the District of Utah before Magistrate Judge Paul Kohler, on **March 16, 2026, at 10:00 am**, to appear upon charges pending in the above-entitled case and for final disposition at a later date. The Court further orders that you hold defendant at all times in your custody as an agent of the United States of America and, after the conclusion of the proceedings

and final disposition of the above-entitled case, you return defendant to the institution where defendant was confined and make a return upon this Writ.

Dated this __11th__ day of __March_____, 2026.

_____
PAUL KOHLER
United States Magistrate Judge

Case 4:26-cr-00020-AMA Document 581 Filed 03/11/026 PageID 214 Page 2 of 22

2